■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFONZO FORNEY, Appellant. [792 NYS2d 335]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered August 7, 2003, convicting him of attempted sodomy in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, prior to entering a plea of guilty, he was adequately apprised of the conditions of postrelease supervision (*see People v Wronka,* 6 AD3d 735 [2004]; *People v Cruz,* 305 AD2d 424 [2003]; *cf. People v Catu,* 4 NY3d 242 [2005]). Accordingly, the Supreme Court providently exercised its discretion in denying his motion to withdraw his plea. The plea minutes indicate that the defendant knowingly, intelligently, and voluntarily entered his plea of guilty (*see People v Johnson,* 288 AD2d 491 [2001]). Florio, J.P., S. Miller, Luciano and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALAN GRIZZARD, Appellant. [792 NYS2d 358]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered September 3, 2003, convicting him of operating a motor vehicle while under the influence of alcohol, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.